IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AQUIL TILLMAN | : CIVIL ACTION |
| v. | : |
| | : NO. 13-cv-2821 |
| MICHAEL WENEROWICZ, et al. | : |

## ORDER

MARY A. MCLAUGHLIN, J.,

AND NOW, this 22d day of August, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Tillman's state court proceedings.

3. Tillman shall return to federal court within thirty days following the conclusion of his state court proceedings. If he does not return to federal court within thirty days following the conclusion of his state court proceedings, this stay and abeyance order is vacated and his petition is dismissed without prejudice.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

MARY A. MCLAUGHLIN, J.